UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
BENJAMIN ORTIZ,

|  |  |
|---|---|
| Plaintiff, | **COMPLAINT** |
| -against- | Jury Trial Demanded |

Police Officer SAUL LOPEZ, Shield No. 31301;
and JOHN and JANE DOE 1 through 10,
individually and in their official capacities (the
names John and Jane Doe being fictitious, as the
true names are presently unknown),

Defendants.
---------------------------------------------------------------- x

## NATURE OF THE ACTION

1.      This is an action to recover money damages arising out of the violation

of plaintiff's rights under the Constitution.

## JURISDICTION AND VENUE

2.      This action is brought pursuant to 42 U.S.C. §§ 1983 and 1988, and the

Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States.

3.      The jurisdiction of this Court is predicated upon 28 U.S.C. §§ 1331 and

1343.

4.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b) and (c).

## JURY DEMAND

5.      Plaintiff demands a trial by jury in this action.

**PARTIES**

6.     Plaintiff Benjamin Ortiz ("plaintiff" or "Mr. Ortiz") is a resident of Kings County in the City and State of New York.

7.     Defendant Police Officer Saul Lopez, Shield No. 31301 ("Lopez"), at all times relevant herein, was an officer, employee and agent of the NYPD.  Defendant Lopez is sued in his individual and official capacities.

8.     At all times relevant defendants John and Jane Doe 1 through 10 were police officers, detectives or supervisors employed by the NYPD.  Plaintiff does not know the real names and shield numbers of defendants John and Jane Doe 1 through 10.

9.     At all times relevant herein, defendants John and Jane Doe 1 through 10 were acting as agents, servants and employees of defendant City of New York and the NYPD.  Defendants John and Jane Doe 1 through 10 are sued in their individual and official capacities.

10.     At all times relevant herein, all individual defendants were acting under color of state law.

**STATEMENT OF FACTS**

11.     At approximately 1 p.m. on August 26, 2012, plaintiff was lawfully at the 60th Precinct in Brooklyn, New York to inquire about his nephew who had recently

2

been arrested.

12.     As Mr. Ortiz lawfully waited to inquire about his nephew, he was told by a defendant officer, in sum, "get the hell out of here."

13.     Notwithstanding that he had done nothing wrong nor violated any law, defendants escorted plaintiff out of the Precinct; plaintiff did not resist.

14.     Once outside the Precinct, defendants falsely arrested him.

15.     Officers falsely informed employees of the Kings County District Attorney's Office that they had observed plaintiff obstructing governmental administration and resisting arrest.

16.     At no point did the officers observe plaintiff obstructing governmental administration or resisting arrest.

17.     Plaintiff was eventually taken to Brooklyn Central Booking.

18.     After spending approximately one and a half days in custody, Mr. Ortiz was arraigned in Kings County Criminal Court, where he was released on his own recognizance.

19.     After making several criminal court appearances, the criminal charges against Mr. Ortiz were adjourned in contemplation of dismissal.

20.     Plaintiff suffered damage as a result of defendants' actions. Plaintiff was deprived of his liberty, suffered emotional distress, mental anguish, fear, anxiety, embarrassment and humiliation.

## FIRST CLAIM
### Unlawful Stop and Search

21.     Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

22.     Defendants violated the Fourth and Fourteenth Amendments because they stopped and searched plaintiff without reasonable suspicion.

23.     As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## SECOND CLAIM
### False Arrest

24.     Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

25.     Defendants violated the Fourth and Fourteenth Amendments because they arrested plaintiff without probable cause.

26.      As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## THIRD CLAIM
### Denial Of Constitutional Right To Fair Trial

27.     Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

28.     The individual defendants created false evidence against plaintiff.

4

29.    The individual defendants forwarded false evidence to prosecutors in the Kings County District Attorney's office.

30.    In creating false evidence against plaintiff, and in forwarding false information to prosecutors, the individual defendants violated plaintiff's constitutional right to a fair trial under the Due Process Clause of the Fifth, Sixth and Fourteenth Amendments of the United States Constitution.

31.    As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

## FOURTH CLAIM
### Failure To Intervene

32.    Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

33.    Those defendants that were present but did not actively participate in the aforementioned unlawful conduct observed such conduct, had an opportunity prevent such conduct, had a duty to intervene and prevent such conduct and failed to intervene.

34.    Accordingly, the defendants who failed to intervene violated the Fourth, Fifth, Sixth and Fourteenth Amendments.

35.    As a direct and proximate result of this unlawful conduct, plaintiff sustained the damages hereinbefore alleged.

5

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully requests judgment against defendants as follows:

(a) Compensatory damages against all defendants, jointly and severally;

(b) Punitive damages against the individual defendants, jointly and severally;

(c) Reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1988; and

(d) Such other and further relief as this Court deems just and proper.


DATED:    December 18, 2012
          New York, New York

                          HARVIS WRIGHT
                          SALEEM & FETT LLP

                          _____

                          Gabriel Harvis
                          305 Broadway, 14th Floor
                          New York, New York 10007
                          (212) 323-6880
                          gharvis@hwsflegal.com

                          *Attorney for plaintiff*